# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| P&L SALES GROUP INC., | Case No.: 2:20-cv-00810-APG-NJK |
| Plaintiff | **Order Granting Motion for Leave to File Amended Complaint and Denying Motion to Dismiss as Moot** |
| v. | |
| TWISTED BRANDS LLC, et al., | [ECF Nos. 16, 19] |
| Defendants | |

I ORDER that plaintiff P&L Sales Group Inc.'s motion for leave to file first amended complaint **(ECF No. 19) is GRANTED**.

I FURTHER ORDER that the defendants' motion to dismiss **(ECF No. 16) is DENIED as moot** because it is directed at the original complaint.

DATED this 14th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE