# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| P&L SALES GROUP, INC.,<br>    Plaintiff(s),<br>v.<br>TWISTED BRANDS LLC, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-00810-APG-NJK<br><br>**Order**<br><br>[Docket No. 27] |

Pending before the Court is a proposed discovery plan in which Defendants contend that discovery should be stayed pending resolution of their motion to dismiss. Docket No. 27; *see also* Docket No. 23 (motion to dismiss). The discovery plan is hereby **DENIED** without prejudice.

To the extent Defendants seek a stay of discovery, they must file a proper motion for such relief by October 2, 2020.[1] Any response thereto must be filed by October 7, 2020, and any reply must be filed by October 9, 2020.

If a motion to stay discovery is filed by October 2, 2020, then discovery will be stayed on an interim basis pending resolution of the motion to stay discovery. If a motion to stay discovery is not filed by October 2, 2020, then the parties must file a joint proposed discovery plan by October 9, 2020.

IT IS SO ORDERED.

Dated: September 29, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court expresses no opinion herein on the merits of such a motion.